22

Stephen D. CHANERL, Appellant,

v.

Wendell RAYBURN, et al., Respondent.

No. WD 48804.

Missouri Court of Appeals,
Western District.

July 5, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 30, 1994.

Application to Transfer Denied
Oct. 25, 1994.

Stephen D. Chanerl, pro se.

Mary W. Harris, Jefferson City, for respondent.

Before TURNAGE, C.J., and FENNER
and HANNA, JJ.

*ORDER*

PER CURIAM:

Appeal from judgment dismissing a claim
for relief under § 536.140, RSMo 1986.

Judgment affirmed. Rule 84.16(b).